IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

        Plaintiff,                            No. CIV S- 05-0644 FCD GGH P

    vs.

J. BICK, et al.,

        Defendants.                ORDER

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed August 25, 2005, plaintiff's motion for leave to amend was granted and plaintiff was allowed to file an amended complaint. Plaintiff has filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. By concurrently filed Findings and Recommendations, the court recommends dismissal of two defendants.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: California Dept. of

Corrections and Rehabilitation; California Medical Facility-Vacaville;[1] J. Bick; T. Donahue; R. Andreason; N. Khoury; J. Thomas; S. Murray; S. Moreno; T. Schwartz.

    2.  The Clerk of the Court shall send plaintiff ten (10) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed September 16, 2005.

    3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a.  The completed Notice of Submission of Documents;

        b.  One completed summons;

        c.  One completed USM-285 form for each defendant listed in number 1 above; and

        d.  Eleven (11) copies of the endorsed amended complaint filed September 16, 2005.

    4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  3/15/06

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
stri0644.1am

---

[1] Plaintiff may proceed with his claims against the entity defendants solely on his claims pursuant to the Americans with Disabilities Act (ADA).

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

    Plaintiff,                                No. CIV -05-0644 FCD GGH P

    vs.

J. BICK, et al.,                             NOTICE OF SUBMISSION

    Defendants.                      OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__     completed summons form

        __10__    completed USM-285 forms

        __11__    copies of the _September 16, 2005_
                                          Amended Complaint

DATED:

                                              _____
                                              Plaintiff