1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GUY T. STRINGHAM,

11              Plaintiff,                    No. CIV S- 05-0644 FCD GGH P

12        vs.

13   J. BICK, et al.,

14              Defendants.              ORDER

15   _____/

16          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18          On April 11, 2006, the court ordered the United States Marshal to serve the

19   complaint on defendants.  Process directed to defendant J. Thomas was returned unserved

20   because "CDC unable to locate (too many J. Thomas)."  Plaintiff must provide additional

21   identifying information to serve this defendant.  Plaintiff shall promptly seek such information

22   through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other

23   means available to plaintiff.  If access to the required information is denied or unreasonably

24   delayed, plaintiff may seek judicial intervention.

25   /////

26   /////

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3  along with an instruction sheet and a copy of the amended complaint filed September 16, 2005;

4        2.  Within sixty days from the date of this order, plaintiff shall complete and

5  submit the attached Notice of Submission of Documents to the court, with the following

6  documents:

7            a.  One completed USM-285 form for defendant J. Thomas;

8            b.  Two copies of the endorsed complaint filed September 16, 2005; and

9            c.  One completed summons form (if not previously provided)

10  or show good cause why he cannot provide such information.

11  DATED: 9/25/06                    /s/ Gregory G. Hollows

12                                    GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

13

     GGH:bb
14   stri0644.8e

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GUY T. STRINGHAM,

11           Plaintiff,                        No. CIV S- 05-0644 FCD GGH P

12       vs.

13   J. BICK, et al.,
                                               NOTICE OF SUBMISSION
14           Defendants.                       OF DOCUMENTS

15   _____/

16           Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18       ___One___        completed summons form

19       ___One___        completed USM-285 form

20       ___Two___        copies of the ___September 16, 2005___
                                          Amended Complaint

21   DATED:

22

23                                         _____
                                           Plaintiff
24

25

26