IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GUY T. STRINGHAM,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. BICK, et al.,**<br><br>　　　　　　　　　Defendants. | CASE NO. 2:05-cv-0644 FCD GGH P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME** |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendants are granted an additional forty-five (45) days up to and including November 5, 2006, within which to file a response. **No further extension of time will be granted**. IT IS SO ORDERED.

DATED: 9/25/06

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE/JUDGE

stri0644.po

stri0644.po.wpd

[Proposed] Order Granting Defendants' First Request For Extension Of Time

1