IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

      Plaintiff,                      No. CIV S-05-0644 FCD GGH P

   vs.

J. BICK, et al.,

      Defendants.                 <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On May 25, 2006, plaintiff filed a motion for preliminary injunctive relief with regard to his medical conditions. Defendants California Department of Corrections and Rehabilitation, California Medical Facility, Andreason, Bick, Donahue, Khoury, Moreno, Murray, Schwartz and Thomas, who have now answered the amended complaint, are directed to file their response within 20 days.

DATED: 11/7/06

                                                                /s/ Gregory G. Hollows

                                                               GREGORY G. HOLLOWS
                                                               UNITED STATES MAGISTRATE JUDGE

GGH:009
stri0644.ord