IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GUY T. STRINGHAM,** | 2:05-cv-0644 FCD GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES** |
| v. | |
| **J. BICK, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants' have an additional thirty days, to and including December 6, 2006, in which to file their discovery responses.

Dated: 11/13/06                    /s/ Gregory G. Hollows
                                   _____
                                   U.S. Magistrate Judge

stri0644.eot