1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10  GUY T. STRINGHAM,

11           Plaintiff,                No. CIV S- 05-0644 FCD GGH P

12      vs.

13  J. BICK, et al.,
                                       AMENDMENT TO NOTICE FOLLOWING
14
             Defendants.               FINDINGS AND RECOMMENDATIONS
15  _____/

16           On January 8, 2007, this court issued Findings and Recommendations,

17  recommending that plaintiff's May 25, 2006, motion for a preliminary injunction be granted.

18           The notice that followed regarding the time for filing of objections was

19  inadvertently directed only to the plaintiff.  The notice should have read as follows:

20           These findings and recommendations are submitted to the United
             States District Judge assigned to the case, pursuant to the
21           provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after
             being served with these findings and recommendations, any party
22           may file written objections with the court and serve a copy on all
             parties.  Such a document should be captioned "Objections to
23           Magistrate Judge's Findings and Recommendations."  Any reply to
             the objections shall be served and filed within ten days after service
24           of the objections.  The parties are advised that failure to file
             objections within the specified time may waive the right to appeal
25           the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th
             Cir. 1991).
26

                                        1

1    Even though defendants are represented by the Attorney General and counsel is

2    presumed to be aware of the applicable rule, in which, in any event only a ten-day objection

3    period is actually required, the court will nevertheless permit an extension of time of ten (10)

4    days from the date of this order for defendants to file any objection.

5    IT IS SO ORDERED.

6    DATED: 1/23/07                          /s/ Gregory G. Hollows

7                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

8    GGH:009
     stri0664.amd

2