EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
TRACY S. HENDRICKSON
Supervising Deputy Attorney General
REBECCA M. ARMSTRONG-GRAU, State Bar No. 227452
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-5686
  Fax: (916) 324-5205
  Email: Rebecca.ArmstrongGrau@doj.ca.gov

Attorneys for Defendants California Medical Facility, . Bick, Donahue, Andreason, Khoury, Murray, Moreno, Schwartz, Thomas and California Department of Corrections and Rehabilitation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GUY T. STRINGHAM,** | 2:05-cv-0644 FCD GGH P |
| Plaintiff, | **STIPULATED JOINT REQUEST TO EXTEND TIME FOR DISCOVERY AND ORDER** |
| v. | |
| **J. BICK, et al.,** | |
| Defendants. | |

Pursuant to Local Rule 6-144(a), the parties submit this first request for the Court's approval of the following stipulations:

1. The parties request an additional sixty days from the date of the Court's order granting this request to conduct limited discovery in this matter. The only additional discovery that will be conducted by the parties is as follows:

///

        a. Defendants agree to answer Plaintiff's Interrogatories, Set Two, within this time period. Plaintiff shall have the corresponding right to file any necessary motions to compel.

        b. Plaintiff will submit to a properly noticed deposition.

    2. If this request is approved, the parties jointly request the Court to modify the Scheduling Order issued December 8, 2006, to reflect this additional time for limited discovery. (See Court Docket (CD) 35, Scheduling Order.)

DATED: _____        _____
                                      Rebecca M. Armstrong-Grau
                                      Deputy Attorney General
                                      Attorney for Defendants

DATED: _____        _____
                                      Guy T. Stringham
                                      Plaintiff in Pro Per

IT IS SO ORDERED

Dated: 4/27/07                          /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE

stri0644.stp

**STIPULATED JOINT REQUEST TO EXTEND TIME FOR DISCOVERY**
2