IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GUY T. STRINGHAM,** | 2:05-cv-0644 FCD GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. BICK, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants' have an additional thirty days, to and including September 26, 2007, in which to file their dispositive motion.

Dated: 8/21/07                                   /s/ Gregory G. Hollows
                                                 _____
stri0644.eot                                     U.S. Mag. Judge

[Proposed] Order

1