IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

      Plaintiff,                       No. CIV S-05-0644 FCD GGH P

    vs.

J. BICK, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a response to the defendants' September 26, 2007 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 15, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted until November 25, 2007, in which to file his response.

DATED: 10/23/07

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:cm
stri0644.36