IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

    Plaintiff,                       No. CIV S- 05-0644 FCD GGH P

    vs.

J. BICK, et al.,

    Defendants.               ORDER

/

        Defendants, through their counsel, seek an extension of time to file a reply to plaintiff's opposition to defendants' motion for summary judgment, filed on 9/26/07. Although a proposed order was filed in .pdf format in the court's electronic filing system, the undersigned has not received a proposed order in wordprocessing format via email from counsel, pursuant to E. D. Local Rule 5-137(b). The court will not consider a request that is not in compliance with the local rules.

        IT IS SO ORDERED.

DATED: 11/5/07                              /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
stri0644.lcr