IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUY T. STRINGHAM,** | CASE NO.: 2:05-cv-0644 FCD GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. BICK, et al.,** | |
| Defendants. | |

Defendants filed a request for an extension of time to file a reply to plaintiff's opposition to defendants' summary judgment motion.  Because it appeared that no proposed order in wordperfect format was processed to chambers via email, this court issued an order indicating that defendants had failed to fully comply with Local Rule 5-137(b).  However, it appears that defendants had properly emailed the original proposed order and due to an internal error by court staff, it was not processed properly.

Good cause having been shown, Defendants are granted an additional fifteen days, to and including November 21, 2007, to file their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Dated: 11/5/07                                    /s/ Gregory G. Hollows
                                                          U.S. Magistrate Judge

stri0644.po2

Order

1