IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GUY T. STRINGHAM,** | 2:05-cv-0644 FCD GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. BICK, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants are granted an thirty five days, to and including February 1, 2008, to file their Response to Plaintiff's Cross-Motion for Summary Judgment.

Dated: 01/08/08          /s/ Gregory G. Hollows
                         U.S. Magistrate Judge

stri0644po3

[Proposed] Order

1