IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

        Plaintiff,                    No. CIV S-05-0644 FCD GGH P

    vs.

J. BICK, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 3, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1    1. The findings and recommendations filed September 3, 2008, are adopted in full;

2    2. Defendants' motion for summary judgment, filed on 9/26/07 (#61), construed in part as a motion to dismiss for failure to exhaust administrative remedies, pursuant to nonenumerated Fed. R. Civ. 12(b), is granted on the ground that plaintiff failed to exhaust his administrative remedies prior to bringing this lawsuit, and this action is dismissed without prejudice; and

3    3. Defendants' motion for summary judgment otherwise (#61), and plaintiff's cross-motion for summary judgment, filed on 12/07/07 (#70), are denied as moot.

DATED: September 29, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE